

FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>David William Griffith<br><br>　　　　　Defendant. | Case No.: 2:14-MJ-00289<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Absence of background info, bail information, and nature of charges_

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant's prior criminal record

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/11/14

*Carla M. Woehrle*
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE